1

2

3

FILED

4                                                     08 FEB 27 PM 4:53

5

6

7

UNITED STATES DISTRICT COURT

8

SOUTHERN DISTRICT OF CALIFORNIA

9

January 2007 Grand Jury '08 CR 0544 BTM

10

UNITED STATES OF AMERICA,        )    Criminal Case No. _____
11                                 )
                Plaintiff,         )    I N D I C T M E N T
12                                 )
        v.                         )    Title 8, U.S.C.,
13                                 )    Sec. 1324(a)(2)(B)(ii) -
JOSE ANGEL GARCIA-GONZALEZ (1),  )    Bringing in Illegal Aliens for
14 ALFONSO VALENTINO-CASECAS (2);  )    Financial Gain; Title 18, U.S.C.,
                                   )    Sec. 2 - Aiding and Abetting;
15            Defendants.          )    Title 8, U.S.C.,
                                   )    Secs. 1324(a)(1)(A)(ii) and
16                                 )    (v)(II) - Transportation of
                                   )    Illegal Aliens and Aiding and
17 _____)    Abetting

18        The grand jury charges:

19                            Count 1

20        On or about February 11, 2008, within the Southern District of

21 California, defendants JOSE ANGEL GARCIA-GONZALEZ and ALFONSO

22 VALENTINO-CASECAS, with the intent to violate the immigration laws of

23 the United States, knowing and in reckless disregard of the fact that

24 an alien, namely, Domingo Matias-Gonzalez, had not received prior

25 official authorization to come to, enter and reside in the United

26 States, did bring to the United States said alien for the

27 //

28 //

JDM:fer:San Diego
2/22/08

1   purpose of commercial advantage and private financial gain; in

2   violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii),

3   and Title 18, United States Code, Section 2.

4                                  Count 2

5        On or about February 11, 2008, within the Southern District of

6   California, defendants JOSE ANGEL GARCIA-GONZALEZ and ALFONSO

7   VALENTINO-CASECAS, with the intent to violate the immigration laws of

8   the United States, knowing and in reckless disregard of the fact that

9   an alien, namely, Domingo Matias-Gonzalez, had come to, entered and

10  remained in the United States in violation of law, did transport and

11  move said alien within the United States in furtherance of such

12  violation of law; in violation of Title 8, United States Code,

13  Sections 1324(a)(1)(A)(ii) and (v)(II).

14                                 Count 3

15       On or about February 11, 2008, within the Southern District of

16  California, defendants JOSE ANGEL GARCIA-GONZALEZ and ALFONSO

17  VALENTINO-CASECAS, with the intent to violate the immigration laws of

18  the United States, knowing and in reckless disregard of the fact that

19  an alien, namely, Andrea Perez-Matias, had not received prior official

20  authorization to come to, enter and reside in the United States, did

21  bring to the United States said alien for the purpose of commercial

22  advantage and private financial gain; in violation of Title 8,

23  United States Code, Section 1324(a)(2)(B)(ii), and Title 18,

24  United States Code, Section 2.

25  //

26  //

27  //

28  //

                                     2

1
## Count 4

2    On or about February 11, 2008, within the Southern District of
3 California, defendants JOSE ANGEL GARCIA-GONZALEZ and ALFONSO
4 VALENTINO-CASECAS, with the intent to violate the immigration laws of
5 the United States, knowing and in reckless disregard of the fact that
6 an alien, namely, Andrea Perez-Matias, had come to, entered and
7 remained in the United States in violation of law, did transport and
8 move said alien within the United States in furtherance of such
9 violation of law; in violation of Title 8, United States Code,
10 Sections 1324(a)(1)(A)(ii) and (v)(II).

11
## Count 5

12    On or about February 11, 2008, within the Southern District of
13 California, defendants JOSE ANGEL GARCIA-GONZALEZ and ALFONSO
14 VALENTINO-CASECAS, with the intent to violate the immigration laws of
15 the United States, knowing and in reckless disregard of the fact that
16 an alien, namely, Josefina Perez-Matias, had not received prior
17 official authorization to come to, enter and reside in the United
18 States, did bring to the United States said alien for the purpose of
19 commercial advantage and private financial gain; in violation of
20 Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18,
21 United States Code, Section 2.

22 //
23 //
24 //
25 //
26 //
27 //
28 //

<u>Count 6</u>

On or about February 11, 2008, within the Southern District of California, defendants JOSE ANGEL GARCIA-GONZALEZ and ALFONSO VALENTINO-CASECAS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Josefina Perez-Matias, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: February 27, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By:  _____
JEFFREY D. MOORE
Assistant U.S. Attorney

4