**PLEASE RECEIPT AND RETURN**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 08CR0544 BTM |
| Plaintiff ) | CRIMINAL NO. 08mj411 |
| ) | ORDER |
| vs. ) | RELEASING MATERIAL WITNESS |
| Jose Angel Garcia-Gonzalez, ) et al ) | Booking No. |
| Defendant(s) ) | |

Anthony J. Battaglia

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named ~~person heretofore~~ committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Domingo Matias-Gonzalez

DATED: 3/10/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
by
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082