UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

PLEASE RECEIPT AND RETURN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. 08cr544 BTM |
| vs. | ) | ORDER |
| 1) Jose Angel Garcia-Gonzalez | ) | RELEASING MATERIAL WITNESS |
| 2) Alfonso Valentino-Caseras | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge  ANTHONY J. BATTAGLIA

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Andrea Perez-Matias

DATED: 3/19/08

RECEIVED _____
                 DUSM

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
       Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082